**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA SHREVEPORT DIVISION

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Gulf South Energy Services, LLC** | |

| | | | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years | | |
| | Include any assumed names, trade names and *doing business as* names | | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-4228685** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **1843 Grimmett Drive** **Shreveport, LA 71107** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Caddo** County | Location of principal assets, if different from principal place of business |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.gsesllc.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Gulf South Energy Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　　2131

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | | | When | | Case number | |

Debtor **Gulf South Energy Services, LLC**　　　　　　Case number (*if known*) _____

　　Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　Relationship _____

District _____　When _____　Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　Contact name _____

　　　Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 3

☐ $50,001 - $100,000                   ■ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                  ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million                ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **Gulf South Energy Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 16, 2024**
MM / DD / YYYY

**X /s/ Todd Davis**
Signature of authorized representative of debtor

**Todd Davis**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X /s/ Robert W. Raley**
Signature of attorney for debtor

Date **February 16, 2024**
MM / DD / YYYY

**Robert W. Raley**
Printed name

**Robert W. Raley, Esq.**
Firm name

**290 Benton Spur Road**
**Bossier City, LA 71111**
Number, Street, City, State & ZIP Code

Contact phone  **318-747-2230**       Email address  **rwr@robertraleylaw.com**

**#11082 LA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gulf South Energy Services, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA SHREVEPORT DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2013 CSSC Midland, LLC 800 S Cherry Lane Fort Worth, TX 76108** | | | | | | **$67,500.00** |
| **Ambassador Collection 1113-A Ridge Road Duson, LA 70529** | | | | | | **$80,138.34** |
| **Axiom Captial 8791 South Redwood Road Suite 200 West Jordan, UT 84088** | | | **Disputed** | | | **$192,859.55** |
| **Circle 8 Crane Services, LLC PO Box 260370 Corpus Christi, TX 78426** | | | | | | **$72,162.00** |
| **Clyde W Ricks 7544 FM 3091 Madisonville, TX 77864** | | | | | | **$746,510.00** |
| **Custom Truck One Source PO Box 773385 Chicago, IL 60677-3385** | | | | | | **$145,522.49** |
| **Cyclone Rentals, Inc. 2927 FM 999 Gary, TX 75643** | | | | | | **$130,568.00** |
| **DBA Renegade Services PO Box 862 Levelland, TX 79336** | | | | | | **$72,754.00** |

| Debtor | **Gulf South Energy Services, LLC** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DHT Specialties, LLC<br>3856 Industrial Circle<br>Bossier City, LA 71112 | | | | | | $62,018.48 |
| Flowtest Services, LLC<br>168 Old Palmetto Road<br>Benton, LA 71006 | | | | | | $315,873.00 |
| Forum Canada ULC dba Quality Wireline & Cable<br>108 Bayou Lane<br>Breaux Bridge, LA 70517 | | | | | | $61,001.56 |
| Geodynamics<br>PO Box 202810<br>Dallas, TX 75320 | | | | | | $78,064.46 |
| Hunting Titan, Inc.<br>PO Box 206473<br>Dallas, TX 75320-6473 | | | | | | $378,144.15 |
| National Oilwell Varco LP ISE<br>PO Box 207073<br>Dallas, TX 75320 | | | | | | $80,484.43 |
| P & W Sales, Inc.<br>405 North Highway 135<br>Kilgore, TX 75662 | | | | | | $89,650.24 |
| PCEC Shack<br>6205 St. Andrews<br>Dallas, TX 75205 | | | | | | $806,446.00 |
| Roughneck Rentals<br>PO Box 748<br>Minden, LA 71058 | | | | | | $109,149.06 |
| Southern Transport, LLC<br>PO Box 1550<br>Kilgore, TX 75663 | | | | | | $70,232.49 |
| Thrubore Valves<br>5550 FM-1488<br>Magnolia, TX 77354 | | | | | | $281,804.60 |
| United Rentals<br>PO Box 840514<br>Dallas, TX 75284 | | | | | | $161,363.40 |

2013 CSSC Midland, LLC
800 S Cherry Lane
Fort Worth, TX 76108


Absolute Control
2810 Washington Drive
Houston, TX 77038


Ally Financial
3137 East Elwood Street
Suite 130
Phoenix, AZ 85034


Ambassador Collection
1113-A Ridge Road
Duson, LA 70529


Angel Safety Supply, LLC
204 Dixie Street
PO Box 823
Minden, LA 71055


AP Manufacturing
PO Box 61640
Midland, TX 79711


Arcadia Oilfield Supply, Inc.
PO Box 89
Arcadia, LA 71001


Arpco Valves & Control
120 Marvin A Smith Road
Kilgore, TX 75662


Axiom Captial
8791 South Redwood Road
Suite 200
West Jordan, UT 84088

B & J Wholesale, LLC
PO Box 203152
Dallas, TX 75320


B&C Oilfield Services, LLC
Gulf Coast Business Credit
PO Box 732951
Dallas, TX 75373


B1 Bank
800 Spring Street
Suite 120
Shreveport, LA 71101


Bank of Brenham, N.A.
PO Box 606
Brenham, TX 77834


Branton Oil Tool
4605 Macks Drive
Bossier City, LA 71111


Buffalo Supply and Equipment Inc
PO Box 417
Scottsville, TX 75688


Caddo Parish Sheriff's Office
505 Travis Street, 7th Floor
Shreveport, LA 71101


Centurion Technologies, LLC
2050 W Sam Houston Pkwy S
Suite 1525
Houston, TX 77042


Chammas Cutters, Inc.
11320 FM 529
Building 1
Houston, TX 77041

Chrysler Capital
PO Box 660335
Dallas, TX 75266


Circle 8 Crane Services, LLC
PO Box 260370
Corpus Christi, TX 78426


Clyde W Ricks
7544 FM 3091
Madisonville, TX 77864


Comprehensive Industrial
Resources, LLC
PO Box 7061
Shreveport, LA 71137


Crew Support Services, LLC
4409 S County Road 1201
Midland, TX 79706


CTV Midland, LLC
1210 S Ohlman Street
Mitchell, SD 57301


Curb Tek, LLC
PO Box 3146
Shreveport, LA 71133


Custom Truck One Source
PO Box 773385
Chicago, IL 60677-3385


Cyclone Rentals, Inc.
2927 FM 999
Gary, TX 75643

Davis & Jones, LLC
Attn: Patrick Lehmberg
2521 Brown Blvd.
Arlington, TX 76006


DBA Renegade Services
PO Box 862
Levelland, TX 79336


De Lage Landen Financial Service
PO Box 41602
Philadelphia, PA 19101


DHP Chemical, LLC
2502 Industrial Blvd.
Palestine, TX 75801


DHT Specialties, LLC
3856 Industrial Circle
Bossier City, LA 71112


DISA, Inc.
10900 Corporate Centre Drive
Suite 250
Houston, TX 77041


EAN Services, LLC
PO Box 402383
Atlanta, GA 30384


East Texas Nspex, LLC
PO Box 321
Chandler, TX 75758


Enverus
2901 Via Fortuna
Building 6, Suite 200
Austin, TX 78746

Fire Tech Systems
721 N. Ashley Ridge Loop
Shreveport, LA 71106


Flowtest Services, LLC
168 Old Palmetto Road
Benton, LA 71006


Force Pressure Control
PO Box 429
Seguin, TX 78156


Forum Canada ULC
dba Quality Wireline & Cable
108 Bayou Lane
Breaux Bridge, LA 70517


Freedom Oilfield Services
325 Remco Drive
Haughton, LA 71037


Geodynamics
PO Box 202810
Dallas, TX 75320


GJR Meyer Service Company, Inc
6733 Leopard Street
Corpus Christi, TX 78409


Global Merchant, Inc.
30 Board Street
14th Floor
New York, NY 10004


Gulf PRO
PO Box 228
Houma, LA 70361

Heritage Crystal Clean, Inc.
13621 Collections Center Drive
Chicago, IL 60693


Hunting Titan, Inc.
PO Box 206473
Dallas, TX 75320-6473


Industrial Supply & Service, Inc
PO Box 7069
Shreveport, LA 71137


Injury MD
1801 Fairfield Avenue
Suite 103
Shreveport, LA 71101


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


J & S Products
1316 Driftwood Drive
Bossier City, LA 71111


JK Enterprises
5760 US Hwy 380
Bridgeport, TX 76426


John Jones
dba JC Energy Services, LLC (S-C
1150 Butler Hill Road
Benton, LA 71006


JTB Rentals
125 Brownlee Road
Calhoun, LA 71225

Kittex Rentals, LLC
P.O. Box 2347
Kilgore, TX 75662


L&S Supply, Inc.
8530 Box Road
Shreveport, LA 71106


Lion Heart Energy Group, Inc.
1913 McCall Place
Odessa, TX 79761


Live Oak Environmental, LLC
4804 Hazel Jones Road
Bossier City, LA 71111


Loaded Dice Safety
PO Box 13627
Odessa, TX 79768


Louisiana Crane & Elect Services
125 McCarty Street
Houston, TX 77029


Louisiana Department of Revenue
POB 201
Baton Rouge, LA 70821


Maverick Blasting Services, LLC
PO Box 31
Arcadia, LA 71001


Meltra CS, Inc.
PO Box 1042
Minden, LA 71058

Merced Energy, LLC
PO Box 547
Mertzon, TX 76941

MGX Equipment Services, LLC
PO Box 736026
Dallas, TX 75373-6026

Midland Central Appraisal
4631 Andrews Hwy.
Midland, TX 79708

ML Crane Group
PO Box 671746
Dallas, TX 75267

Mondello Scarfolding & Shoring
605 Sligo Road
Bossier City, LA 71112

Mulholland Energy Services, LLC
10308 WCR 72
Midland, TX 79707

Mullin Hoard & Brown, LLP
Attn: Brad W. Odell
2515 McKinney Avenue
Suite 900
Dallas, TX 75201

National Oilwell Varco LP ISE
PO Box 207073
Dallas, TX 75320

NFS Leasing
900 Cummings Center 226-U
Beverly, MA 01915

Office of District Counsel
Internal Revenue Service
PO Box 30509
New Orleans, LA 70190


P & W Sales, Inc.
405 North Highway 135
Kilgore, TX 75662


Payne Mechanical Services
7223 West Bert Kouns
Shreveport, LA 71129


PCEC Shack
6205 St. Andrews
Dallas, TX 75205


Premier Equipment Rental, Inc.
PO Box 21748
Bakersfield, CA 93390


Pressure Control Specialists
PO Box 100
Dept. 901
Bixby, OK 74008-0100


R & R Sales & Service Corp.
3210 Shed Road
Bossier City, LA 71111


RCS, LLC
7 Shady Oak Drive
Greenbrier, AR 72058


Remco Enterprises, LLC
Attn: Robert E. Mosley Jr.
325 Remco Drive
Haughton, LA 71037

Roughneck Rentals
PO Box 748
Minden, LA 71058


S & R Wireline Tool Repair, LLC
PO Box 638
Troup, TX 75789


S3 Industries USA, Inc.
6500 West Highway 80
Building A & D
Midland, TX 79706


Sand Separation Solutions, LLC
PO Box 302857
Austin, TX 78703


Sanders Machine, Inc.
200 Corporate Drive
Sibley, LA 71073


SBA EIDL
1545 Hawkins Blvd.
Suite 202
El Paso, TX 79925


Select Energy Services, LLC
PO Box 203997
Dallas, TX 75320


Sepulvado Law Firm
401 Market Street
Suite 1150
Shreveport, LA 71101


SKY Vacuum Services, LLC
4213 Sligo Road
Haughton, LA 71037

Southern Supply House
PO Box 549
Kilgore, TX 75663


Southern Transport, LLC
PO Box 1550
Kilgore, TX 75663


Specialty Welding & Machine
PO Box 1794
Pampa, TX 79066


Streamline Well Testing
and Rental, LLC
PO Box 610
Village Mills, TX 77663


Stuart's Integrated Services
5210 Hollywood Avenue
Shreveport, LA 71109


TD Auto Finance
PO Box 100295
Columbia, SC 29202


Thrubore Valves
5550 FM-1488
Magnolia, TX 77354


Tiger Safety Corp.
PO Box 733254
Dallas, TX 75373


TMS Flow Products Corp.
PO Box 1024
Youngsville, LA 70592

Triple B Components
PO Box 1737
Chandler, TX 75758


TXP Capital
4033 112th Street
Lubbock, TX 79423


United Rentals
PO Box 840514
Dallas, TX 75284


United States Trustee
United States Courthouse
300 Fannin Street
Suite 3196
Shreveport, LA 71101


US Energy & Supply, LLC
PO Box 61648
Midland, TX 79711


Valerga LLP
Attn: Brody Valerga
395 S Main Street
Suite 201
Alpine, UT 84004


Valvoline
PO Box 74008513
Chicago, IL 60674


Vault Pressure Control
2929 West Sam Houston Parkway N,
Houston, TX 77049


Voyager Energy Services, LLC
PO Box 5549
Granbury, TX 76049

Your CFO Solutions
1000 Chinaberry Drive, suite 702
Bossier City, LA 71111

# United States Bankruptcy Court
## Western District of Louisiana Shreveport Division

In re   **Gulf South Energy Services, LLC**                                    Case No.
                                                    Debtor(s)            Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 16, 2024**                 **/s/ Todd Davis**
                                              **Todd Davis**/**Managing Member**
                                              Signer/Title